**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| POCONO MOUNTAIN LAKE | : | 5-22-01084-MJC |
| FOREST COMMUNITY ASSOCIATION, INC. | : | |
| | : | |
| DEBTOR | : | CHAPTER 11 |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**CHAPTER 11 DEBTOR'S LIMITED OBJECTION**
**TO MOTION TO WITHDRAW AS COUNSEL**

**AND NOW COMES**, Pocono Mountain Lake Forest Community Association, Inc.

("Debtor"), by and through its attorney John J. Martin and files this Chapter 11 Debtor's Limited

Objection to Motion to Withdraw as Counsel as follows:

1. That the above case was commenced by the filing of a Petition for Relief under

Chapter 11 of the United States Bankruptcy Code ("Code") on June 10, 2022.

2. That on or about March 29, 2023 a Third Amended Proof of Claim (Claim #7-3) was

filed on behalf of Patriot Developers & Excavating, LLC/Sno Chasers, LLC ("Creditor")

asserting a general unsecured claim in the amount of $21,620.00 ("Claim").

3. That the Debtor timely filed an Objection to the Claim ("Objection").

4. That on or about 10:24 AM on Wednesday, April 26, 2023 (following telephonic

settlement discussions between counsels) counsel for the Debtor received the following email

confirming the agreement reached by and between counsels on behalf of their respective clients:

*Dear John:*

*After speaking with my client, he has agreed to accept your client's offer*
*to retain the funds your client has already paid him and withdraw his*
*proof of claim*

*Mark E. Moulton, Esquire*

5.  That Debtor's counsel has made numerous requests upon Creditor's counsel to withdraw the Claim pursuant to the settlement agreement reached by and between the Debtor and Creditor.  Creditors counsel and the Creditor have failed and refused to withdraw the Claim.

6.  That the Debtor has filed a motion to enforce a settlement agreement by and between the Debtor and Creditor which resolved the Debtor's Objection to the Claim.

7.  That after entering into a settlement agreement, confirmed in writing, resolving the claim objection, counsel for the Creditor has filed a Motion to Withdraw as Counsel.

8.  That the Creditor is a Limited Liability Company.

9.  That under Pennsylvania law which is applicable to the Federal Courts, a Limited Liability Company can not appear in court *pro se*, and therefore Creditor must be represented by counsel in any matter before this Honorable Court.

10.  That Debtor objects to the Motion to Withdraw to the extent that granting said motion would result in the Creditor lacking counsel in this matter and prejudice the Debtor's right to enforce the Settlement Agreement.

**WHEREFORE,** the Debtor respectfully requests this Honorable Court deny the Motion to Withdraw as Counsel for such other and further relief as the Court deems just and proper.


Dated:  April 29, 2023                            Respectfully Submitted,

                                                  /s/John J. Martin, Esquire
                                                  John J. Martin, Esquire
                                                  Law Office of John J. Martin
                                                  1022 Court Street
                                                  Honesdale, PA  18431
                                                  (570) 253-6899
                                                  jmartin@martin-law.net
                                                  Counsel to the Chapter 11 Debtor